# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138902

GWENDOLYN NEILL, Personal Representative
of the Estate of William Neill, Deceased,
        Plaintiff-Appellant,

v

MEEMIC INSURANCE COMPANY,
        Defendant,
and

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
        Defendant-Appellee.

SC: 138902
COA: 281293
Macomb CC: 2007-000535-NF

_____/

On order of the Court, the application for leave to appeal the April 7, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

0921